```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    INDICTMENT

         - v. -                 :    S1 07 Cr. 1094 (WHP)

MARK PRINGLE and                :
TARIQ SMITH,
                                :
              Defendants.
- - - - - - - - - - - - - - - x
```

COUNT ONE

The Grand Jury charges:

1. On or about April 24, 2007, in the Southern District of New York, MARK PRINGLE, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, from the persons and presence of others, property and money belonging to and in the care, custody, control, management, and possession of a bank, to wit, the North Fork Bank, located at 725 Co-Op City Boulevard, Bronx, New York, the deposits of which were then insured by the Federal Deposit Insurance Corporation ("FDIC"), and in committing said offense did assault persons and put in jeopardy the lives of persons by the use of a dangerous weapon and device, to wit, a hoax explosive device.

(Title 18, United States Code, Sections 2113(a) & (d)(2).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 19 2008

COUNT TWO

The Grand Jury further charges:

2. On or about July 6, 2007, in the Southern District of New York, MARK PRINGLE, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, from the persons and presence of others, property and money belonging to and in the care, custody, control, management, and possession of a bank, to wit, the Washington Mutual Bank, located at 2438 Broadway, New York, New York, the deposits of which were then insured by the FDIC, and in committing said offense did assault persons and put in jeopardy the lives of persons by the use of a dangerous weapon and device, to wit, a hoax explosive device.

(Title 18, United States Code, Sections 2113(a) & (d)(2).)

COUNT THREE

The Grand Jury further charges:

3. On or about August 28, 2007, in the Southern District of New York, MARK PRINGLE, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, from the persons and presence of others, property and money belonging to and in the care, custody, control, management, and possession of a bank, to wit, the North Fork Bank, located at 1180 Third Avenue, New York, New York, the deposits of which were then insured by the FDIC, and in

committing said offense did assault persons and put in jeopardy the lives of persons by the use of a dangerous weapon and device, to wit, a firearm.

(Title 18, United States Code, Sections 2113(a) & (d)(2).)

## COUNT FOUR

The Grand Jury further charges:

4.  On or about August 28, 2007, in the Southern District of New York, MARK PRINGLE, the defendant, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the bank robbery charged in Count Three of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess and brandish a firearm, to wit, PRINGLE brandished a firearm during a robbery of the North Fork Bank, located at 1180 Third Avenue, New York, New York, on or about August 28, 2007.

(Title 18, United States Code, Section 924(c)(1)(A)(ii).)

## COUNT FIVE

The Grand Jury further charges:

5.  On or about September 25, 2007, in the Southern District of New York, MARK PRINGLE and TARIQ SMITH, the defendants, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, from the persons and presence of others, property and money belonging to and in the

care, custody, control, management, and possession of a bank, to wit, the North Fork Bank, located at 185 West 231st Street, Bronx, New York, the deposits of which were then insured by the FDIC, and in committing said offense did assault persons and put in jeopardy the lives of persons by the use of a dangerous weapon and device, to wit, a firearm.

(Title 18, United States Code, Sections 2113(a) & (d)(2) and 2.)

## COUNT SIX

The Grand Jury further charges:

6. On or about September 25, 2007, in the Southern District of New York, MARK PRINGLE, the defendant, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the bank robbery charged in Count Five of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess and brandish a firearm, to wit, PRINGLE brandished a firearm during a robbery of the North Fork Bank, located at 185 West 231st Street, Bronx, New York, on or about September 25, 2007.

(Title 18, United States Code, Section 924(c)(1)(A)(ii).)

_____                    _____
FOREPERSON                                   MICHAEL J. GARCIA
                                             United States Attorney

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MARK PRINGLE and
TARIQ SMITH,

Defendants.

**INDICTMENT**

S1 07 Cr. 1094 (WHP)

(18 U.S.C. §§ 924(c), 2113(a)&(d) and 2)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.

*[handwritten: Indictment filed, arrest warrant issued.]*

*[handwritten: F. Maas, USMJ]*