```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA      :    S2 07 Cr. 1094 (WHP)

        v.                    :    **WAIVER OF INDICTMENT**

TARIQ SMITH,                  :

            Defendant.        :

- - - - - - - - - - - - - - - - X
```

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 924(c), 2113(a) and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

[Signature] 
TARIQ SMITH
Defendant

[Signature]
Witness

[Signature]
MATTHEW KLUGER, ESQ.
Counsel for Defendant

Date: New York, New York
      May 15, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
MAY 15 2008

0202