```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :      INFORMATION

        - v. -                   :      S2 07 Cr. 1094 (WHP)

TARIQ SMITH,                     :

            Defendant.           :

- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 15 2008

COUNT ONE

The United States Attorney charges:

1.  On or about September 25, 2007, in the Southern District of New York, TARIQ SMITH, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, from the persons and presence of others, property and money belonging to and in the care, custody, control, management, and possession of a bank, to wit, the North Fork Bank, located at 185 West 231st Street, Bronx, New York, the deposits of which were then insured by the FDIC, and in committing said offense did assault persons and put in jeopardy the lives of persons by the use of a dangerous weapon and device, to wit, a firearm.

(Title 18, United States Code, Sections 2113(a) & (d) and 2.)

COUNT TWO

The United States Attorney further charges:

2.  On or about August 3, 2007, in the Southern District of New York, TARIQ SMITH, the defendant, unlawfully,

willfully, and knowingly, by force and violence, and by intimidation, did take, from the persons and presence of others, property and money belonging to and in the care, custody, control, management, and possession of a bank, to wit, the Sovereign Bank, located at 1062 Third Avenue, Manhattan, New York, the deposits of which were then insured by the FDIC, and in committing said offense did assault persons and put in jeopardy the lives of persons by the use of a dangerous weapon and device, to wit, a firearm.

(Title 18, United States Code, Sections 2113(a) & (d) and 2.)

COUNT THREE

The United States Attorney further charges:

3. On or about August 3, 2007, in the Southern District of New York, TARIQ SMITH, the defendant, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the bank robbery charged in Count Two of this Information, did use and carry a firearm, and, in furtherance of such crime, did possess and brandish a firearm, to wit, SMITH

brandished a firearm during a robbery of the Sovereign Bank, located at 1062 Third Avenue, Manhattan, New York.

(Title 18, United States Code, Section 924(c)(1)(A)(ii).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

TARIQ SMITH,

Defendant.

### INFORMATION

S2 07 Cr. 1094 (WHP)

(18 U.S.C. §§ 924(c), 2113(a)&(d) and 2)

MICHAEL J. GARCIA
United States Attorney.

5/15/08 Filed Information & Waiver of Indictment. Deft. Pres. w/atty Matthew Kluger & Courtreporter Pres.